UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NONJUDICIAL FORFEITURE PROCEEDING | ) ) ) ) ) | MBD. No. 18-mc-91473 -NMG |

### ORDER EXTENDING THE TIME TO FILE
### CIVIL FORFEITURE COMPLAINT AND/OR
### <u>OBTAIN INDICTMENT ALLEGING FORFEITURE</u>

WHEREAS, Robert C. Warfield (the "Claimant") has filed a claim to the following property in a nonjudicial civil forfeiture proceeding with the United States Drug Enforcement Administration (the "DEA"):

a.  $47,000 in United States currency, seized on May 26, 2018, from Robert C. Warfield, Jr., in Auburn, Massachusetts (the "Defendant Currency");

WHEREAS, the United States and the Claimant jointly request upon agreement of the parties, as provided in 18 U.S.C. § 983(a)(3)(A), to extend the time in which the United States is required to file a complaint for forfeiture against the Defendant Currency and/or to obtain an indictment alleging that the Defendant Currency is subject to forfeiture;

WHEREAS, the United States represents to the Court that the DEA sent notice of its intent to forfeit the Defendant Currency as required by 18 U.S.C. § 983(a)(1)(A), that no other person has filed a claim to the Defendant Currency as required by law in the nonjudicial civil forfeiture proceedings, and that the time within which to file such claims has expired; and

WHEREAS, the Court is authorized by 18 U.S.C. § 983(a)(3)(A) to extend the time in which the United States is required to file a complaint for forfeiture against the Defendant Currency and/or to obtain an indictment alleging that the Defendant Currency is subject to forfeiture based upon agreement of the parties or good cause shown;

"ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

Pursuant to 18 U.S.C. § 983(a)(3)(A)-(C), that the date by which the United States is required to file a complaint for forfeiture against the Defendant Currency and/or to obtain an indictment alleging that the Defendant Currency is subject to forfeiture is extended to January 8, 2019.

Date: 11-8-18

_____
United States District Judge