UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| IN RE: NONJUDICIAL FORFEITURE PROCEEDING | ) ) ) | MBD. No. 18-mc-91473-NMG |

## UNITED STATES NOTICE OF SETTLEMENT

The United States of America, by its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, hereby notes that it has received a signed settlement agreement from the Claimant relative to the above-captioned matter, and accordingly, this case may be closed on the Court's Docket.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   */s/ Mary B. Murrane*
MARY B. MURRANE, B.B.O. #644448
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Dated: April 3, 2019                      mary.murrane@usdoj.gov


## CERTIFICATE OF SERVICE

I, Mary B. Murrane, Assistant United State Attorney, certify that the foregoing motion filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and sent to attorney John L. Calcagni III.

*/s/ Mary B. Murrane*
MARY B. MURRANE
Dated: April 3, 2019                      Assistant United States Attorney